1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    RUDOLPH F. ESTRADA,                      No.  2:23-cv-0469 DB P

11                      Petitioner,

12          v.                                 ORDER

13    FRESNO COUNTY JAIL,

14                      Respondent.

15

16          Petitioner, a pretrial detainee[1] proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or a request to

18    proceed in forma pauperis.  Petitioner has filed this action on the form for filing a petition for writ

19    of habeas corpus.  However, it appears that petitioner's action may be better suited to an action

20    pursuant to 42 U.S.C. § 1983 because he challenges a jail policy restricting items that inmates

21    may receive through the mail.  (See ECF No. 1 at 8-14.)  "Federal law opens two main avenues to

22    relief on complaints related to imprisonment: a petition for writ of habeas corpus, 28 U.S.C. §

23    2254, and a complaint under . . . 42 U.S.C. § 1983."  Muhammad v. Close, 540 U.S. 749, 750

24    (2004) (per curiam).  "Challenges to the validity of any confinement or to particulars affecting its

25    duration are the province of habeas corpus; request for relief turning on the circumstances of

26    confinement may be presented in a § 1983 action."  Id. (internal citation omitted).

27    _____

28    [1] Petitioner indicates that criminal charges against him are "pending."  (ECF No. 1 at 6.)

1

1    Additionally, upon review of the application, it is clear that petitioner's claim, whether it

2    is ultimately litigated through a petition for writ of habeas corpus or a § 1983 action, seeks to

3    challenge restrictions placed upon him during the course of his incarceration in the Fresno County

4    Jail.  (See ECF No. 1 at 2, 8-14.)  Fresno County is part of the Fresno Division of the United

5    States District Court for the Eastern District of California.  See Local Rule 120(d).

6    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

7    division of a court may, on the court's own motion, be transferred to the proper division of the

8    court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

9    will not rule on petitioner's request to proceed in forma pauperis.

10    Good cause appearing, IT IS HEREBY ORDERED that:

11    1.  This action is transferred to the United States District Court for the Eastern District of

12    California sitting in Fresno; and

13    2.  All future filings shall reference the new Fresno case number assigned and shall be

14    filed at:

15    United States District Court
      Eastern District of California
      2500 Tulare Street
16    Fresno, CA 93721

17    Dated:  March 22, 2023

18

19

20    DEBORAH BARNES
      UNITED STATES MAGISTRATE JUDGE

21

22

23

24    DB:12
      DB/DB Prisoner Inbox/Habeas/R/estr0469.109
25

26

27

28

2